| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124 |
| | FAX: (415) 436-7169 |
| 7 | |
| | Attorneys for Defendants |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 4/26/07*

| | | |
|---|---|---|
| ALON KONCHITSKY, | ) | |
| | ) | No. C 07-0294 RMW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | STIPULATION TO EXTEND DATE OF |
| MICHAEL CHERTOFF, Secretary, | ) | CASE MANAGEMENT CONFERENCE; |
| Department of Homeland Security; | ) | AND ORDER |
| EMILIO T. GONZALEZ, Director, | ) | |
| United States Citizenship and Immigration | ) | |
| Services; | ) | |
| CHRISTINA POULOS, Acting Director, | ) | |
| California Service Center, United States | ) | |
| Citizenship and Immigration Services; and | ) | |
| ROBERT S. MUELLER, Director | ) | |
| of Federal Bureau of Investigation, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date of the case management conference, which is currently scheduled for April 27, 2007, in light of the following:

1. The plaintiff filed an action on January 17, 2007, asking this Court to direct the United States Citizenship and Immigration Services (USCIS) to adjudicate his I-485 application.

2. The defendants have filed a motion to dismiss the action and the hearing on that motion is

Stipulation to Extend Date
C07-0294 RMW                                                    1

1  scheduled for June 22, 2007.

2     3. The parties ask this Court to schedule the case management conference on a date, if needed,
3  after the hearing on defendants' motion to dismiss.

5  Dated: April 23, 2007                                        /s/
6                                              ILA C. DEISS
                                            Assistant United States Attorney
                                            Attorney for Defendants

8  Dated: April 23, 2007                                        /s/
9                                              JUDITH MICHAELS MORROW
                                            Attorney for Plaintiff

**ORDER**

   PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference be continued to __July 27, 2007__, at 10:30 a.m.

Dated: April _26_, 2007                                    /s/ Ronald M. Whyte
                                            RONALD M. WHYTE
                                            United States District Court