1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SAN JOSE DIVISION          *E-FILED - 9/13/07*

12 ALON KONCHITSKY,                )
                                   ) No. C 07-0294 RMW
13              Plaintiff,          )
                                   )
14      v.                          )
                                   )
                                   ) STIPULATION TO DISMISS; AND
15 MICHAEL CHERTOFF, Secretary,    ) [] ORDER
   Department of Homeland Security;)
16 EMILIO T. GONZALEZ, Director,   )
   United States Citizenship and Immigration )
17  Services;                      )
   CHRISTINA POULOS, Acting Director, )
18 California Service Center, United States )
   Citizenship and Immigration Services; and )
19 ROBERT S. MUELLER, Director     )
   of Federal Bureau of Investigation, )
20                                  )
                Defendants.          )
21 _____ )

22      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light

24 of the adjudication of Plaintiff's adjustment of status application (Form I-485).

25      The parties further ask the Court to vacate the September 14, 2007 hearing on the parties'

26 cross-motions for summary judgment.

27      Each of the parties shall bear their own costs and fees.

28 ///

Stipulation to Dismiss
C07-0294 RMW                               1

1  Dated: August 21, 2007                              Respectfully submitted,

2                                                      SCOTT N. SCHOOLS
                                                       United States Attorney
3

4
                                                              /s/
5                                                      ―――――――――――――――――
                                                       ILA C. DEISS
                                                       Assistant United States Attorney
6                                                      Attorney for Defendants

7

8  Dated: August 21, 2007                                     /s/
                                                       ―――――――――――――――――
                                                       JUDITH MICHAELS MORROW
9                                                      Attorney for Plaintiff

10

11
                                         **ORDER**
12
         Pursuant to stipulation, IT IS SO ORDERED.
13

14
                                                       *Ronald M. Whyte*
15  Date:  9/13/07                                     ―――――――――――――――――
                                                       RONALD M. WHYTE
16                                                     United States District Judge

17

Stipulation to Dismiss
C07-0294 RMW                             2